UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHANLEY, et al<br>Plaintiffs,<br><br>v.<br><br>DANIEL CADLE, et al,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-12247-GAO |
| MARTEL, et al<br>Plaintiffs,<br><br>v.<br><br>DANIEL CADLE, et al,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-10388 |

ORDER
March 29, 2013

O'TOOLE, D.J.

On March 27, 2012 this Court issued a final judgment in this matter requiring the parties to fulfill their respective obligations under the settlement. The plaintiffs have now moved to amend this judgment to include additional language about the obligations of the defendants under the settlement.

Accordingly, an amended judgment shall be entered in Shanley and Martel directing that, within thirty days of the entry of the amended judgment, the plaintiffs shall furnish appropriate stipulations of dismissal and releases for delivery to the defendants, and the defendants shall deposit the sum of $200,000 with the trustee of the "Chapter 93A Settlement Trust" established in the Essex Probate Court, docket number 07E0118-GCI and shall assign to said Trustee any right, title or interest in any notes, mortgages, agreements, claims, encumbrances, security

interests, causes of actions or liens, they have or may have as required by the Settlement Agreement referenced in this Court's Order of March 27, 2012.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge